AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

NORTH AMERICAN SPECIALTY INSURANCE COMPANY,
*Plaintiff*
v.
SMARR HEATING & AIR CONDITIONING, LLC, WILLIAM R. SMARR, JR., and TONYA E. SMARR,
*Defendants*

Civil Action No. 0:19-cv-00188-CMC

## JUDGMENT IN A CIVIL ACTION

It is adjudged that *(check one)*:

■ the plaintiff, North American Specialty Insurance Company, recover from the defendant, Smarr Heating & Air Conditioning, LLC, the amount of Eight Hundred Twenty-Six Thousand, Four Hundred Fifty-Two and 35/100 dollars ($826,452.35), plus post judgment interest at the rate of 1.63 %.

■ plaintiff, North American Specialty Insurance Company, recover from the defendant, William R. Smarr, Jr., the amount of Eight Hundred Twenty-Six Thousand, Four Hundred Fifty-Two and 35/100 dollars ($826,452.35), plus post judgment interest at the rate of 1.63 %.

■ plaintiff, North American Specialty Insurance Company, recover from the defendant, Tonya E. Smarr, the amount of Eight Hundred Twenty-Six Thousand, Four Hundred Fifty-Two and 35/100 dollars ($826,452.35), plus post judgment interest at the rate of 1.63 %.

This action *(check one)*:

❐ tried by a jury, the Honorable ______________ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable ____________ presiding, without a jury and the above decision was reached.

■ came before the Court, the Honorable Cameron McGowan Currie, US District Judge, presiding, on confessions of judgment.

Date: October 21, 2019

*ROBIN L. BLUME, CLERK OF COURT*

s/Charles L. Bruorton

*Signature of Clerk or Deputy Clerk*